IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| YVONNE MONTANO, | ) | No. CIV 05-687-TUC-CKJ |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| VICORP RESTAURANTS, INC. d/b/a Village Inn. | ) | |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion to Dismiss. Defendant filed the Motion to Dismiss on March 2, 2006; Plaintiff was required to file a response within 10 days. *See* LRCiv 7.2(c); FED.R.CIV.P. 6. Plaintiff has not filed a response.

LRCiv 7.2(j) provides that "if the opposing party does not serve and file the required answering memoranda . . . such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Defendant's Motion to Dismiss (Doc. #10) is **summarily granted**. *See id.*

*

*

*

1  (2) The **Clerk of the Court shall enter judgment accordingly and close the file in this**
2  **case**.

DATED this 27th day of March, 2006.

_____
Cindy K. Jorgenson
United States District Judge