IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Yvonne Montano, | No. CIV 05-687-TUC-CKJ |
| Plaintiff, | **ORDER** |
| vs. | |
| Vicorp Restaurants, Inc., dba Village Inn, | |
| Defendant. | |

    Pending before the Court is Defendant's Motion to Dismiss Plaintiff's case which alleges violations of Title VII, the Equal Pay Act, and Title IX. Defendant argues that the case must be dismissed as it was filed after the statute of limitations expired. Specifically, Defendant argues that Plaintiff's claims were submitted to the Arizona Civil Rights Division which issued a Notice of Right to Sue letter on October 9, 2004; the letter specified that any suit must be filed within one year of the date of receiving the letter. As Plaintiff did not file suit until November 17, 2005, Defendant argues that the suit must be dismissed. *See* A.R.S. §41-1481(D); 42 U.S.C. §2000e-5(f).

    In response, however, Plaintiff attached a letter from the United States Equal Employment Opportunity Commission ("EEOC"). Pursuant to that letter, Plaintiff's suit is timely. The Notice of Rights letter from the EEOC is dated August 24, 2005 and directs that any suit based on Title VII must be filed within 90 days of receipt of the Notice; it also states that any claims based on the Equal Pay Act must be filed within 2 years (3 years for willful

1  violations).  As Plaintiff filed her suit on November 17, 2005, her suit is timely pursuant to
2  the EEOC Notice of Rights letter.  Defendant has not filed a reply brief or otherwise disputed
3  the timeliness of the suit in light of the additional information provided by Plaintiff.
4      Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (Doc. #10)
5  is **denied**.

10      DATED this 24th day of April, 2006.

_____
Cindy K. Jorgenson
United States District Judge